United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY E. PARKER,

    Plaintiff,

v.

STATE COMPENSATION INSURANCE FUND,

    Defendant.

No. C -11-04005 EDL

**ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff filed this case on August 15, 2011, and at that time, a Case Management Conference was set for November 29, 2011. On November 28, 2011, Plaintiff filed a request to continue her Case Management Conference, stating that negotiations with Defendant to resolve this case are ongoing. Plaintiff's request is denied.

**IT IS SO ORDERED.**

Dated: November 29, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge