IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY E. PARKER,

    Plaintiff,

v.

STATE COMPENSATION INSURANCE FUND,

    Defendant.

No. C -11-04005 EDL

**ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff filed this case on August 15, 2011, and at that time, a Case Management Conference was set for November 29, 2011. On November 28, 2011, Plaintiff filed a request to continue her Case Management Conference, stating that negotiations with Defendant to resolve this case are ongoing. Plaintiff's request is denied.

**IT IS SO ORDERED.**

Dated: November 29, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge