IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. PARKER, | No. C -11-04005 EDL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| STATE COMPENSATION INSURANCE FUND, | |
| Defendant. | |

By court order filed on August 15, 2011, this case was set for an initial Case Management Conference on November 29, 2011 at 10:00 a.m., with a Case Management Conference statement due on November 22, 2011. Plaintiff, who is representing herself, filed letters on August 30, 2011 and October 17, 2011 informing the Court that she was resolving this matter with Defendant and would dismiss her case when the agreement was finalized. Plaintiff did not ask for a continuance of the Case Management Conference. After a call from the Court after her Case Management Conference statement was not timely filed, Plaintiff filed a Case Management Conference statement on November 23, 2011. Plaintiff filed a request to continue the Case Management Conference on November 28, 2011, the afternoon before the scheduled Case Management Conference, even though the Local Rules require that any request to continue a scheduled hearing be filed no later than fourteen days before the hearing. See Civil L.R. 6-1(b). On November 29, 2011, the Court denied Plaintiff's request to continue. Plaintiff did not appear on November 29, 2011 for the Case Management Conference. Further, there has been no showing that Plaintiff has served Defendant with the summons and complaint in this case in accordance with Federal Rule of Civil Procedure 4.

Accordingly, Plaintiff is ordered to show cause as to why this case should not be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff's written response to this Order to Show Cause shall be due no later than December 9, 2011. A show cause hearing is scheduled for December 20, 2011 at 9:30 a.m. in Courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, CA. It is further ordered that if Plaintiff fails to file a response to this Order to Show Cause by December 9, 2011, the Court will dismiss this action without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 29, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge

2